| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | OCT 1 2020 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

JOE LAMM; et al.,

        Plaintiffs-Appellants,

 v.

STEPHEN C. BULLOCK, in his official capacity as Governor of Montana; COREY STAPLETON, in his official capacity as Secretary of State of Montana,

        Defendants-Appellees.

No. 20-35847

D.C. No. 6:20-cv-00067-DLC
District of Montana,
Helena

ORDER

Before: W. FLETCHER, BERZON, and BYBEE, Circuit Judges.

We have received appellants' emergency motion filed on October 1, 2020. Appellees' response to the motion is due October 3, 2020. Appellants' optional reply in support of the motion is due October 4, 2020.

The previously established briefing schedule remains in effect.