# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s)** | 20-35847

**Case Name** | Lair et al. v. Bullock

**Counsel submitting this form** | Courtney Turner Milbank

**Represented party/parties** | Joe Lamm, Ravalli County Repub. Central Comm., Jeff Wagner, Sylvia Wagner, Fiona Nave, Brent Nave

*Briefly describe the dispute that gave rise to this lawsuit.*

This appeal involves a challenge to Appellants' rights to vote and equal protection, U.S. Const. art. I, § 4, cl. 1, amend. I, and amend. XIV, which violations arose from the Governor implementing a Directive allowing an all mail election, despite a statute barring such mail elections for a regularly scheduled federal election.

The district court denied injunctive relief, leading to this appeal. Given the immediate and irreparable harms, Appellants immediately filed an Emergency Motion for an Injunction Pending Appeal Under Circuit Rule 27-3(b) Relief Requested by October 5, 2020.

Appellees filed their response on October 3, 2020 and Appellants filed their Reply on October 4, 2020. The issue is now fully briefed.

Appellees have given no indication that they would be willing to settle the dispute and have been vigorously defended the Directive. Additionally, immediate relief is necessary to protect Appellants from irreparable harm. Accordingly, it is highly unlikely that this case is suitable for mediation.

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

*Briefly describe the result below and the main issues on appeal.*

The district court denied injunctive relief.

The issues on appeal are whether the Directive violates Appellants right to vote and equal protection.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

There are no proceedings remaining below.

**Signature** | Courtney Turner Milbank | **Date** | 10/05/2020

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**        2        Rev. 12/01/2018