UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 9 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOE LAMM; et al., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> STEPHEN C. BULLOCK, in his official capacity as Governor of Montana; COREY STAPLETON, in his official capacity as Secretary of State of Montana, <br><br> Defendants-Appellees. | No. 20-35847 <br><br> D.C. No. 6:20-cv-00067-DLC <br> District of Montana, <br> Helena <br><br> ORDER |

The appellants' unopposed motion (Docket Entry No. 20) for voluntary dismissal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order served on the district court acts as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Grace Santos
Deputy Clerk
Ninth Circuit Rule 27-7

GS 03/08/2021/Pro Mo